**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David F. Rodriguez  
       Maria C. Rodriguez a/k/a Maria Alma a/k/a Maria Alma-Rosa a/k/a Maria Rosa  
       Debtor(s)

CHAPTER 13

BKY. NO. 21-12323 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MTGLQ Investors, L.P. and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
27 Aug 2021, 11:07:48, EDT

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322