# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-12323-MDC

DAVID F RODRIGUEZ
MARIA C RODRIGUEZ
1505 CRESWOOD ROAD

PHILADELPHIA, PA 19115

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID F RODRIGUEZ
    MARIA C RODRIGUEZ
    1505 CRESWOOD ROAD

    PHILADELPHIA, PA 19115

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ Kenneth E. West

Date: 12/28/2021

Kenneth E. West, Esquire
Chapter 13 Standing Trustee