United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12323-mdc |
| David F Rodriguez | Chapter 13 |
| Maria C Rodriguez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 24, 2022 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David F Rodriguez, Maria C Rodriguez, 1505 Creswood Road, Philadelphia, PA 19115-3110 |
| 14635445 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14631459 | + | Eldorado Club, 100 Eldorado Club, Vega Alta, PR 00692-8823 |
| 14640468 | | MTGLQ Investors, L.P., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14640710 | | MTGLQ Investors, L.P., c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14632315 | + | MTGLQ Investors, L.P., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14632509 | + | MTGLQ Investors, LP, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14635626 | + | PNC Bank, NA, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14635628 | + | PNC Mortgage, a Division of PNC Bank, PO Box 94982, Cleveland, OH 44101-4982 |
| 14635446 | + | PNC Mortgage, a division of PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101-4982 |
| 14631462 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14645178 | | Email/Text: megan.harper@phila.gov | Mar 24 2022 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14631454 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2022 23:56:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14631455 | + | Email/Text: acevedom@carico.com | Mar 24 2022 23:52:00 | Carico International, Attn: Bankruptcy, 2851 W Cypress Creek Rd, Fort Lauderdale, FL 33309-1781 |
| 14631456 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 23:56:02 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14638108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 23:56:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14631457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2022 23:56:07 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14631458 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2022 23:52:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14645510 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 24 2022 23:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14639574 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 23:52:00 | PNC Bank, NA, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101 |
| 14631461 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2022 23:52:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14644680 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2022 23:56:04 | Portfolio Recovery Associates, LLC, POB 41067, |

District/off: 0313-2                              User: admin                                    Page 2 of 3

Date Rcvd: Mar 24, 2022                           Form ID: 155                                   Total Noticed: 32

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14631460 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:04 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14644771 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 24 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14645775 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14631615 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14631803 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:02 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14631463 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14631465 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631466 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:04 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631467 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 24 2022 23:56:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Mar 24 2022 23:52:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Drive; Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14631464 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                      Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 24, 2022                      Form ID: 155                                   Total Noticed: 32

| **Name** | **Email Address** |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PNC Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Joint Debtor Maria C Rodriguez brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Debtor David F Rodriguez brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MTGLQ Investors  L.P. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David F Rodriguez and Maria C
Rodriguez

          Debtor(s)                                                        Chapter: 13

                                                      Bankruptcy No: 21−12323−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this March 24, 2022 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:


     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Magdeline D. Coleman
                                          Chief Judge ,
                                          United States Bankruptcy Court