Certificate Number: 03088-PAE-DE-038860445

Bankruptcy Case Number: 21-12323



03088-PAE-DE-038860445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 12, 2024</u>, at <u>12:26</u> o'clock <u>PM CDT</u>, <u>David F Rodriguez</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 12, 2024</u>           By:    <u>/s/Luis Villarroel</u>

Name:  <u>Luis Villarroel</u>

Title:   <u>Counselor</u>