Certificate Number: 03088-PAE-DE-038860447

Bankruptcy Case Number: 21-12323



03088-PAE-DE-038860447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2024, at 12:26 o'clock PM CDT, Maria C Rodriguez completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 12, 2024         By:   /s/Luis Villarroel

                                  Name: Luis Villarroel

                                  Title: Counselor