United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12323-pmm |
| David F Rodriguez | Chapter 13 |
| Maria C Rodriguez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

**Recip ID          Recipient Name and Address**
db/jdb               + David F Rodriguez, Maria C Rodriguez, 1505 Creswood Road, Philadelphia, PA 19115-3110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

ANDREW L. SPIVACK
                                  on behalf of Creditor PNC Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRAD J. SADEK
                                  on behalf of Joint Debtor Maria C Rodriguez brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
                                  on behalf of Debtor David F Rodriguez brad@sadeklaw.com
                                  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
                                  on behalf of Creditor MTGLQ Investors  L.P. bkgroup@kmllawgroup.com

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                      User: admin                                    Page 2 of 2

Date Rcvd: Sep 18, 2024                   Form ID: 234                                    Total Noticed: 1

United States Trustee

             USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David F Rodriguez and Maria C
Rodriguez

        Debtor(s)                                    Case No:21−12323−pmm

                                                    Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:


1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**




                         For The Court




                         Timothy McGrath,
                         Clerk of Court

Date: 9/18/24