United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12323-pmm |
| David F Rodriguez | Chapter 13 |
| Maria C Rodriguez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 19, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David F Rodriguez, Maria C Rodriguez, 1505 Creswood Road, Philadelphia, PA 19115-3110 |
| 14635445 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14631459 | + | Eldorado Club, 100 Eldorado Club, Vega Alta, PR 00692-8823 |
| 14632509 | + | MTGLQ Investors, LP, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14635626 | + | PNC Bank, NA, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14635628 | + | PNC Mortgage, a Division of PNC Bank, PO Box 94982, Cleveland, OH 44101-4982 |
| 14635446 | + | PNC Mortgage, a division of PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101-4982 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14645178 | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14631454 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:07:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14631455 | + | Email/Text: acevedom@carico.com | Sep 19 2024 23:58:00 | Carico International, Attn: Bankruptcy, 2851 W Cypress Creek Rd, Fort Lauderdale, FL 33309-1781 |
| 14631456 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:06:33 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14638108 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14631457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:06:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14631458 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14645510 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14640468 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 23:59:00 | MTGLQ Investors, L.P., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City |

Case 21-12323-pmm    Doc 54    Filed 09/21/24    Entered 09/22/24 00:36:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14640710 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 19 2024 23:59:00 | | MTGLQ Investors, L.P., c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14632315 | ^ | MEBN Sep 19 2024 23:55:34 | | MTGLQ Investors, L.P., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14639574 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 19 2024 23:58:00 | | PNC Bank, NA, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101 |
| 14631461 | | Email/Text: Bankruptcy.Notices@pnc.com Sep 19 2024 23:58:00 | | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14644680 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2024 00:07:27 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14631460 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 20 2024 00:07:25 | | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14644771 | | Email/Text: bnc-quantum@quantum3group.com Sep 19 2024 23:58:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14631462 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 19 2024 23:59:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14645775 | ^ | MEBN Sep 19 2024 23:54:56 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14631615 | ^ | MEBN Sep 19 2024 23:54:59 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14631803 | ^ | MEBN Sep 19 2024 23:54:58 | | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795242 | + | Email/PDF: ebn_ais@aisinfo.com Sep 20 2024 00:07:28 | | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631463 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 20 2024 00:06:08 | | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14631465 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 20 2024 00:06:05 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631466 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 20 2024 00:07:02 | | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631467 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 20 2024 00:06:31 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14631468 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2024 23:57:00 | | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Drive; Suite 500, Weldon Springs, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14631464 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PNC Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Joint Debtor Maria C Rodriguez brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor David F Rodriguez brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MTGLQ Investors  L.P. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 51 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   David F Rodriguez )   Case No. 21−12323−pmm
)
)
   Maria C Rodriguez )   Chapter: 13
   aka Maria Alma )
   aka Maria Alma−Rosa )
   aka Maria Rosa
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 19, 2024                                   For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court